UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARLTON X MATHEWS,
    Plaintiff,

v.                                      Case No.:  3:23cv24164/LAC/ZCB

B.M. PASCOE,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983.  (Doc. 1).  On September 14, 2023, the Court ordered Plaintiff to either pay the $402.00 filing fee or file a properly completed *in forma pauperis* (IFP) motion within twenty-one days.  (Doc. 4).  Plaintiff then requested an extension of time to file a motion to proceed IFP.  (Doc. 5).  The Court granted Plaintiff's request and extended the deadline to file an IFP motion to November 9, 2023.  (Doc. 6).  On November 8, 2023, Plaintiff filed a motion to proceed IFP and included an inmate account statement reflecting he had a balance of $4,251.90.  (Doc. 7).  Accordingly, the Court denied Plaintiff's motion to proceed IFP and ordered Plaintiff to pay the $402.00 filing fee by

1

December 14, 2023. (Doc. 8). The Court notified Plaintiff that failure to comply with the Court's order would result in a recommendation of dismissal of his case. (*Id.*).

Plaintiff did not pay the filing fee within the time allowed. Therefore, on December 29, 2023, the Court ordered Plaintiff to show cause, within fourteen days, why the case should not be dismissed for failure to comply with an order of the court. (Doc. 11). The Court again notified Plaintiff that failure to comply with the Court's order would result in a recommendation of dismissal of the case. (*Id.*). The deadline for compliance with the show cause order has passed, and Plaintiff has not paid the filing fee or otherwise responded. Dismissal is, therefore, warranted. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal when "a party fails to comply with an applicable rule or court order"); *see also Frith v. Curry*, 812 F. App'x 933, 935 (11th Cir. 2020) (affirming dismissal where the plaintiff failed to pay the initial partial filing fee and failed to respond to a magistrate judge's order to show cause as to why the filing fee had not been paid).

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

At Pensacola, Florida, this 24th day of January 2024.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.